B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Hampshire

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **American Resource Staffing Network, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **02-0517880** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **165 South River Road Unit C Bedford, NH**  ZIP Code **03110** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business: **Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **165 South River Road Bedford, NH 03110** |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | American Resource Staffing Network, Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **American Resource Staffing Network, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Steven M. Notinger**
Signature of Attorney for Debtor(s)

**Steven M. Notinger 03229**
Printed Name of Attorney for Debtor(s)

**Cleveland, Waters and Bass, P.A.**
Firm Name

**Two Capital Plaza, 5th Floor
PO Box 1137
Concord, NH 03302-1137**
Address

**603-224-7761  Fax: 603-224-6457**
Telephone Number

**July 31, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Purtell**
Signature of Authorized Individual

**Richard Purtell**
Printed Name of Authorized Individual

**Director**
Title of Authorized Individual

**July 31, 2014**
Date

UNITED STATES BANKRUPTCY OURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In Re: | \* | CHAPTER 11 |
| | \* | |
| **AMERICAN REOURCE STAFFING NETWORK, INC.** | \* \* | |
| | \* | CASE NO. _____ |
| **Debtor** | \* | |
| | \* | |
| | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATEMENT OF PARENT AND PUBLIC COMPANIES**

  Pursuant to Local bankruptcy Rule 1074-1 the Debtor, American Resource Staffing Network, Inc. states that it is not affiliated with any parent or public companies within the disclosure requirements of the rule.

                Respectfully submitted,

                AMERICAN RESOURCE STAFFING
                NETWORK, INC.
                By Its attorneys,
                CLEVELAND, WATERS AND BASS, P.A.

Dated: <u>July 31, 2014</u>      /s/ Steven M. Notinger
                Steven M. Notinger (BNH Bar #03229)
                Two Capital Plaza, 5th Floor
                PO Box 1137
                Concord, NH 03302-1137
                (603) 229-1023
                notingers@cwbpa.com

## AMERICAN RESOURCE STAFFING NETWORK, INC.
### Unanimous Written Consent

I, the undersigned, being the sole shareholder and director of the corporation, in lieu of a meeting of the directors, hereby adopt pursuant to RSA 293-A:8.21, the following resolutions and hereby direct that the same be filed with the minutes of the meetings of directors of the corporation as though voted and resolved at a regularly scheduled and noticed meeting of said directors, to wit:

Resolution 1: That in the judgment of the director of this corporation it is desirable and for the best interests of the corporation, its creditors, stockholders and other interested parties, that a petition pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 et seq. be filed by this corporation.

Resolution 2: That the director of this corporation, be and hereby is authorized and empowered, for and on behalf of this corporation and in its corporate name and behalf, to execute, acknowledge, verify and deliver a petition pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 et seq.; and to cause the same to be filed with the United States Bankruptcy Court for the District of New Hampshire and to file such other instruments, schedules and other papers and to take any and all other action which he, so acting, may deem necessary or proper in connection with said proceedings, including delegating his authority to another appropriate party, which he may do without prior notice to any party.

Resolution 3: That Steven M. Notinger and the law firm of Cleveland, Waters & Bass, P.A. be retained as counsel to represent this corporation in the matter of the aforementioned proceedings and with respect to all proceedings pursuant to the Bankruptcy Code.

Dated: 7/30/2014

_____
Richard Purtell
Sole Director/Sole Shareholder

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of New Hampshire

In re  **American Resource Staffing Network, Inc.**
Debtor(s)

Case No.
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 100 Merrimack, LLC<br>c/o N.E. Heritage Properties, Inc.<br>1201 Westford Street<br>Lowell, MA 01851 | 100 Merrimack, LLC<br>c/o N.E. Heritage Properties, Inc.<br>1201 Westford Street<br>Lowell, MA 01851 | | | 19,266.61 |
| American Solutions for Business<br>8479 Solution Center<br>Chicago, IL 60677-8004 | American Solutions for Business<br>8479 Solution Center<br>Chicago, IL 60677-8004 | | | 3,781.91 |
| Avionte LLC<br>1270 Eagan Industrial Road<br>Suite 150<br>Eagan, MN 55121 | Avionte LLC<br>1270 Eagan Industrial Road<br>Suite 150<br>Eagan, MN 55121 | | | 5,630.80 |
| Bello, Black & Welsh LLP<br>125 Summer Street<br>Suite 1200<br>Boston, MA 02110 | Bello, Black & Welsh LLP<br>125 Summer Street<br>Suite 1200<br>Boston, MA 02110 | | | 83,989.02 |
| Bethany Commons, LLC<br>c/o Sovereign Realty Development Corp.<br>80 Perkins Road<br>Londonderry, NH 03053 | Bethany Commons, LLC<br>c/o Sovereign Realty Development Corp.<br>80 Perkins Road<br>Londonderry, NH 03053 | | | 367,019.00 |
| Bill Dwyer<br>25 Duck Pond Lane<br>Merrimack, NH 03054 | Bill Dwyer<br>25 Duck Pond Lane<br>Merrimack, NH 03054 | | | 40,000.00 |
| Commonwealth of Massachusetts<br>Department of Unemployment Assistance<br>Legal Dept 1st Flr Atten Chief Counsel<br>19 Staniford Street<br>Boston, MA 02114-2502 | Commonwealth of Massachusetts<br>Department of Unemployment Assistance<br>Legal Dept 1st Flr Atten Chief Counsel<br>Boston, MA 02114-2502 | | | 628,000.00 |
| Coscia Tech Services<br>Dennis A Coscia<br>PO Box 8305<br>Wakefield, MA 01880 | Coscia Tech Services<br>Dennis A Coscia<br>PO Box 8305<br>Wakefield, MA 01880 | | | 4,550.00 |

**B4** (Official Form 4) (12/07) - Cont.
In re  **American Resource Staffing Network, Inc.**  Case No.
            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| David Simpson<br>1 Preston Lane<br>Kennebunk, ME 04043 | David Simpson<br>1 Preston Lane<br>Kennebunk, ME 04043 | | | 50,000.00 |
| Devine, Millimet & Branch Professional Association<br>111 Amherst Street<br>Box 719<br>Manchester, NH 03105 | Devine, Millimet & Branch Professional Association<br>111 Amherst Street<br>Manchester, NH 03105 | | | 20,000.00 |
| Dorothy Realty Trust<br>6 Petes Way<br>Pelham, NH 03076 | Dorothy Realty Trust<br>6 Petes Way<br>Pelham, NH 03076 | | | 4,200.00 |
| Foremost Insurance Group<br>PO Box 4665<br>Carol Stream, IL 60197-4665 | Foremost Insurance Group<br>PO Box 4665<br>Carol Stream, IL 60197-4665 | | | 6,075.00 |
| James McKeon | James McKeon | | | 32,386.00 |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>100 Cambridge Street, 7th Floor<br>Boston, MA 02114-9564 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564 | | | 1,240,000.00 |
| Massachusetts Fair Share<br>294 Washington Street<br>Suite 500<br>Boston, MA 02108 | Massachusetts Fair Share<br>294 Washington Street<br>Suite 500<br>Boston, MA 02108 | | | 200,000.00 |
| Munroe Partners<br>P.O. Box 815<br>Lynn, MA 01903 | Munroe Partners<br>P.O. Box 815<br>Lynn, MA 01903 | | | 63,532.00 |
| Robert Clifford<br>227 Mirror Lakes Estate Drive<br>Whitefield, NH 03598 | Robert Clifford<br>227 Mirror Lakes Estate Drive<br>Whitefield, NH 03598 | | | 75,000.00 |
| Robert Clifford<br>227 Mirror Lakes Estate Drive<br>Whitefield, NH | Robert Clifford<br>227 Mirror Lakes Estate Drive<br>Whitefield, NH | | | 32,000.00 |
| Steve Spellman | Steve Spellman | | | 110,000.00 |
| Stevenson and Brooks Company<br>86 Highland Avenue<br>Salem, MA 01970 | Stevenson and Brooks Company<br>86 Highland Avenue<br>Salem, MA 01970 | | | 22,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **American Resource Staffing Network, Inc.**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 31, 2014**

Signature  **/s/ Richard Purtell**  
**Richard Purtell**  
**Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

100 Merrimack, LLC
c/o N.E. Heritage Properties, Inc.
1201 Westford Street
Lowell, MA 01851

American Express
World Financial Center
200 Vesey Street
New York, NY 10285

American Solutions for Business
8479 Solution Center
Chicago, IL 60677-8004

AMPM Facility Services
295 Weston Street
Waltham, MA 02453

Avaya Financial (CIT)
PO Box 93000
Chicago, IL 60673-3000

Avaya Financial (CIT)
PO Box 93000
Chicago, IL 60673-3000

Avaya Financial (CIT)
PO Box 93000
Chicago, IL 60673-3000

Avaya Financial (CIT)
PO Box 93000
Chicago, IL 60673-3000

Avaya Financial (CIT)
PO Box 93000
Chicago, IL 60673-3000

Avionte LLC
1270 Eagan Industrial Road
Suite 150
Eagan, MN 55121

Bamford Investments
466 Central Avenue
Suite 1200
Dover, NH 03820

Bello, Black & Welsh LLP
125 Summer Street
Suite 1200
Boston, MA 02110

```
Bethany Commons, LLC
c/o Sovereign Realty Development Corp.
80 Perkins Road
Londonderry, NH 03053

Bill Dwyer
25 Duck Pond Lane
Merrimack, NH 03054

Birchwood International LLC
28 Birchwood Circle
PO Box 10420
Bedford, NH 03110

Cambridge Health Alliance
350 Main Street
Malden, MA 02148

Capital Investigating
PO Box 4997
Manchester, NH 03108-4997

Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19107-7346

City of Lowell Parking
Leo Roy Parking Garage
100 Market Street
Lowell, MA 01852

Comcast
PO Box 1577
Newark, NJ 07101-1577

Comcast
PO Box 1577
Newark, NJ 07101-1577

Comcast
PO Box 1577
Newark, NJ 07101-1577

Comcast
PO Box 1577
Newark, NJ 07101-1577

Comcast
PO Box 1577
Newark, NJ 07101-1577
```

```
Commonwealth of Massachusetts
Department of Unemployment Assistance
Legal Dept 1st Flr Atten Chief Counsel
19 Staniford Street
Boston, MA 02114-2502

Coscia Tech Services
Dennis A Coscia
PO Box 8305
Wakefield, MA 01880

David Simpson
1 Preston Lane
Kennebunk, ME 04043

Devine, Millimet & Branch
Professional Association
111 Amherst Street
Box 719
Manchester, NH 03105

Dorothy Realty Trust
6 Petes Way
Pelham, NH 03076

Earthlink Business
PO Box 88104
Chicago, IL 60680-1104

Earthlink Business
PO Box 88104
Chicago, IL 60680-1104

FairPoint Communications
PO Box 11021
Lewiston, ME 04243-9472

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Foremost Insurance Group
PO Box 4665
Carol Stream, IL 60197-4665

Foremost Insurance Group
PO Box 4665
Carol Stream, IL 60197-4665

Grainger
Dept 882177959
Palatine, IL 60038-0001
```

```
Internal Revenue Service
Insolvency Unit
80 Daniel Street
P.O. Box 9502
Portsmouth, NH 03802

James McKeon


Liberty Utilities
PO Box 219501
Kansas City, MO 64121-9501

Liberty Utilities - NH
75 Remittance Drive
Suite 1032
Chicago, IL 60675-1032

Liberty Utilities - NH
75 Remittance Drive
Suite 1032
Chicago, IL 60675-1032

Londonderry Plbg & Htg Inc
PO Box 1539
Derry, NH 03038

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Massachusetts Fair Share
294 Washington Street
Suite 500
Boston, MA 02108

Merchants Insurance Group
PO Box 4031
Buffalo, NY 14240

Merchants Insurance Group
PO Box 4031
Buffalo, NY 14240

Mikes White Glove
1465 Hooksett Road
# 439
Hooksett, NH 03106

Munroe Partners
P.O. Box 815
Lynn, MA 01903
```

```
Nashua Waste Water System
PO Box 3840
Nashua, NH 03061-3840

National Grid
PO Box 11737
Newark, NJ 07101-4737

National Grid
PO Box 11737
Newark, NJ 07101-4737

National Grid
PO Box 11737
Newark, NJ 07101-4737

National Grid
PO Box 11735
Newark, NH 07101-4735

National Grid
PO Box 11735
Newark, NJ 07101-4735

Orange Tree Employement Screening
VB Box 105
PO Box 9202
Minneapolis, MN 55480-9202

Pennichuck Water
25 Manchester Street
PO Box 1947
Merrimack, NH 03054-1947

Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176-0251

Pitney Bowes Global
PO Box 371887
Pittsburgh, PA 15250-7887

Poland Springs
PO Box 856192
Louisville, KY 40285-6192

Public Service of NH
PO Box 650047
Dallas, TX 75265-0047

Public Service of NH
PO Box 650047
Dallas, TX 75265-0047
```

```
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Quest Diagnostics
PO Box 740709
Atlanta, GA 30374-0709

Richard F. Purtell
6 Petes Way
Pelaham, NH 03076-2642

Robert Clifford
227 Mirror Lakes Estate Drive
Whitefield, NH 03598

Robert Clifford
227 Mirror Lakes Estate Drive
Whitefield, NH

Rosev Dairy
Attn: Joe Rosselli
220 Second Street
Chelsea, MA 02150

Steve Spellman


Stevenson and Brooks Company
86 Highland Avenue
Salem, MA 01970

United Business Machines
13 Delta Drive
Suite 9 & 10
Londonderry, NH 03053

United Parcel Services
PO Box 7247-0244
Philadelphia, PA #####-####

USAintel
8730 Wilshire Blvd
Suite 412
Beverly Hills, CA 90211

Venyu
7127 Florida Blvd
Baton Rouge, LA 70505-3684

Verizon
PO Box 15124
Albany, NY 12212-5124
```

```
Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Verizon Wireless
PO Box 15062
Albany, NY 12212-5062

Verizon Wireless
PO Box 15062
Albany, NY 12212-5062

WB Mason Co., Inc
PO Box 991101
Boston, MA 02298-1101

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434
```

# United States Bankruptcy Court
### District of New Hampshire

In re  **American Resource Staffing Network, Inc.**                                  Case No.
                                              Debtor(s)                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Resource Staffing Network, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 31, 2014** | **/s/ Steven M. Notinger** |
| Date | **Steven M. Notinger** |
| | Signature of Attorney or Litigant |
| | Counsel for   **American Resource Staffing Network, Inc.** |
| | **Cleveland, Waters and Bass, P.A.** |
| | **Two Capital Plaza, 5th Floor** |
| | **PO Box 1137** |
| | **Concord, NH 03302-1137** |
| | **603-224-7761 Fax:603-224-6457** |