# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                        Bk. No. 14-11527-BAH
                                                                            Chapter 11

American Resource Staffing Network, Inc. and American Resource Network, Inc.,
        Debtor(s)

## ORDER OF THE COURT

Hearing Date:            08/27/2014

Nature of Proceeding:      Doc# 3 Emergency Motion to Use Cash Collateral (Ex-Parte) Filed by Debtor American Resource Staffing Network, Inc.

                               Doc# 24 Final Motion to Use Cash Collateral Filed by Debtors American Resource Network, Inc., American Resource Staffing Network, Inc.

Outcome of Hearing:

TRUSTEE TO SUBMIT AN AMENDED CASH COLLATERAL ORDER AS SET FORTH ON THE RECORD THIS DATE FORTHWITH.

THE EX PARTE MOTION FOR AUTHORITY (DOC. 45) SHALL BE HEARD AND NOTICED FOR SEPTEMBER 9, 2014 AT 1:30 P.M.

IT IS SO ORDERED:

/s/ Bruce A. Harwood         08/27/2014

Bruce A. Harwood
Chief Judge