UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*********************************************

| | | |
|---|---|---|
| In Re: | * | Chapter 11 |
| | * | |
| American Resource Staffing Network, Inc. | * | Case No. 14-11527-BAH |
| American Resource Network, Inc., | * | Case No. 14-11529-BAH |
| | * | |
| | * | (Jointly Administered) |
| | * | |
| Debtor(s) | * | Hearing Date: 09/09/14 |
| ********************************************* | | Hearing Time: 1:30 p.m. |

### ORDER ON MOTION OF CHAPTER 11 DEBTORS-IN-POSSESSION FOR AUTHORITY TO (I) MAINTAIN EXISTING BANK ACCOUNTS, (II) CONTINUE TO USE EXISTING BUSINESS FORMS, AND (III) CONTINUE TO USE EXISTING CASH MANAGEMENT SYSTEM

CAME BEFORE THE COURT ON THIS DATE the Jointly Administered Chapter 11 Debtors-in-Possession ("the Debtors")'s Ex-Parte Motion for Authority to (I) Maintain Existing Bank Accounts, (II) Continue to Use Existing Business Forms, and (III) Continue to Use Existing Cash Management System ("the Motion"), and after notice to the U.S. Trustee, other interested parties with ECF Appearances, the IRS and the 20 Largest Unsecured Creditors, which is adequate under the circumstances, and for good cause shown, and after considering the Objection of the United States Trustee, and the comments made at the hearing on September 9, 2014, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted in part.

2. During the Chapter 11 case the Debtors may continue to use their pre-existing bank accounts at Santander Bank but will ensure that neither Debtor will allow the account to hold more than $250,000 at any time, effective immediately except for existing wire transfers

that the Debtors could not alter prior to September 17, 2014, and the Debtors will provide weekly reports to the United States Trustee with the current balance in each account at Santander.

   3. Because Debtor American Resource Staffing, Inc. opened its account at Peoples United Bank after the chapter 11 filing, and the Bank has voluntarily reclassified the account for American Resource Staffing, Inc. as a Debtor-in-Possession account, an approved depository under 11 U.S.C. § 345, the Debtors' motion seeking Court approval to maintain that account is deemed moot.

   SO ORDERED.

Dated: September 10, 2014

/s/ Bruce A. Harwood
Bruce A. Harwood, Chief Judge
U.S. Bankruptcy Court for the District of NH

2