UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                                       Bk. No. 14-11527-BAH
Chapter 11

American Resource Staffing Network, Inc. and American Resource Network, Inc.,

       Debtor(s)

### ORDER OF THE COURT

Hearing Date:          09/10/2014

Nature of Proceeding:

        Doc# 61 Emergency Motion to Establish Bid Procedures and Form of Notice Filed by Debtor American Resource Staffing Network, Inc.

Outcome of Hearing:

THE U.S. TRUSTEE SHALL FILE A PROPOSED ORDER REGARDING THE APPOINTMENT OF AN EXAMINER ON OR BEFORE SEPTEMBER 12, 2014.

THE MOTION TO ESTABLISH BID PROCEDURES IS CONTINUED TO SEPTEMBER 23, 2014 AT 1:30 P.M.

IT IS SO ORDERED:

/s/ Bruce A. Harwood        09/10/2014

Bruce A. Harwood
Chief Judge