# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

| | |
|---|---|
| In re: | Bk. No. 14–11527–BAH |
| American Resource Staffing Network, Inc.<br>    Debtor | Chapter 11 |

## NOTICE OF DISMISSAL
## (CONTINGENT)

On August 26, 2014, a Amended Schedules/Statement re: Schedule G., Amendment to Creditor Matrix was filed in this case (Doc. No. 42). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **October 2, 2014**.

| | |
|---|---|
| Date: September 11, 2014 | Bonnie L. McAlary, Clerk<br>By: /s/ G. Llewellyn<br>Deputy Clerk |

Form ntcdisdec–316