# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

In re:                                                                                  Bk. No. 14–11527–BAH
                                                                                               Chapter 11

American Resource Staffing Network, Inc.
    Debtor

## NOTICE OF DISMISSAL
## (CONTINGENT)

On August 25, 2014, a Statement of Financial Affairs , Schedule A , Schedule B , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Declaration re: Debtor's Schedules, Equity Security Holders, Verified Statement re: Debtor's Matrix , Disclosure of Compe was filed in this case (Doc. No. 35). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **October 7, 2014**.

Date: September 16, 2014                                                                   Bonnie L. McAlary, Clerk
                                                                                                 By: /s/ G. Llewellyn
                                                                                                 Deputy Clerk

Form ntcdisdec–316