UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>American Resource Staffing Network, Inc.,<br><br>Debtor | Chapter 11<br>Case No. 14-11527-BAH |
| In re:<br><br>American Resource Network, Inc.,<br><br>Debtor | Chapter 11<br>Case No. 14-11529-BAH<br><br>Jointly Administered |

APPOINTMENT OF EXAMINER

Pursuant to 11 U.S.C. § 1104(c)(1), Rule 2007.1 of the Federal Rules of Bankruptcy Procedure and the Court's order dated September 16, 2014 [Court Docket No. 87], William K. Harrington, United States Trustee, hereby appoints Attorney Jennifer Rood as examiner:

> Attorney Jennifer Rood
> Bernstein Shur Sawyer & Nelson, PA
> PO Box 1120
> 670 N. Commercial Street, Ste. 108
> Manchester, NH 03105
> 603-623-8700 (phone)
> 603-623-7775 (fax)

Upon information and belief, Attorney Rood is a disinterested person within the meaning of 11 U.S.C. § 101(14). Attorney Rood's Affidavit disclosing any known connections with any creditors or parties in interest is filed herewith.

> William K. Harrington
> United States Trustee

> By:  /s/ Ann Marie Dirsa
> Ann Marie Dirsa BNH# 06121
> Office of the United States Trustee
> 1000 Elm Street, Suite 605
> Manchester, NH 03101
> (603) 666-7908

Dated: September 18, 2014