# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                                                          Bk. No. 14-11527-BAH
                                                                                                                             Chapter 11
American Resource Staffing Network, Inc. and American Resource Network, Inc.,
          Debtor(s)

## ORDER OF THE COURT

Hearing Date:           01/07/2015

Nature of Proceeding:     Doc# 159 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Debtors American Resource Network, Inc., American Resource Staffing Network, Inc.

Outcome of Hearing:

WITHDRAWN

IT IS SO ORDERED:

/s/ Bruce A. Harwood         01/07/2015

Bruce A. Harwood
Chief Judge