# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:   Bk. No. 14-11527-BAH
Chapter 11

ARSN Liquidating Corp, Inc. and ARN Liquidating Corp., Inc.,
      Debtor(s)

## ORDER OF THE COURT

Hearing Date: 04/03/2015

Nature of Proceeding: Doc# 215 Disclosure Statement dated February 6, 2015 Filed by Debtors ARN Liquidating Corp., Inc., ARSN Liquidating Corp, Inc.

Doc# 64 Motion to Appoint Trustee , Motion to Convert Chapter 11 Case to Chapter 7 ., Motion to Dismiss Case Cause Under 11 U.S.C. Section 1112(b)(4) Filed by U.S. Trustee Office of the U.S. Trustee

Outcome of Hearing:

ON OR BEFORE APRIL 21, 2015, THE DEBTOR SHALL FILE AN AMENDED DISCLOSURE STATEMENT.

ANY OBJECTION SHALL BE FILED ON OR BEFORE APRIL 24, 2015.  THE HEARING IS CONTINUED TO APRIL 28, 2015 AT 9 A.M.

THE MOTION TO APPOINT TRUSTEE OR DISMISS IS CONTINUED TO APRIL 28, 2015 AT 9:00 A.M.

IT IS SO ORDERED:

/s/ Bruce A. Harwood          04/03/2015

Bruce A. Harwood
Chief Judge